# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Wet Seal, LLC, *et al.*,<br><br>　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 17-10229 (CSS)<br><br>(Jointly Administered) |
| The Wet Seal, LLC,<br>　　　　　　　　　Plaintiff,<br>vs.<br><br>Defendants Listed Below,<br><br>　　　　　　　　　Defendants. | |

| **Defendant Name** | **Adversary Number** |
|---|---|
| Active Knitwear Resources, Inc. | 17-50976 |
| Amici Accessories, Ltd. | 17-50979 |
| Berkshire Fashions, Inc. | 17-50982 |
| By Design L.L.C. | 17-50984 |
| Californian Stitch, Inc. | 17-50985 |
| Grand Step (HK) Ltd. | 17-50998 |
| Hangzhou Genjin Trading Co., Ltd. | 17-50999 |
| Jayeff Construction Corp. | 17-51004 |
| KPMG LLP | 17-51005 |
| Mutyaar, Inc. fka Mutiyaar, Inc. | 17-51010 |
| National Distribution Centers, LLC | 17-51227 |
| Office Depot, Inc. | 17-51014 |
| OMG! Handbags LLC | 17-51015 |
| Orly Shoe Corp. | 17-51017 |
| Paul Alarico dba Retail Amp Design | 17-51018 |
| Product People International Co. | 17-51020 |
| RDG Global, LLC | 17-51021 |
| She Century Fashion Accessories International Co. Ltd. | 17-51028 |
| SM Clothing, Inc. | 17-51029 |
| Smart Source of California, LLC | 17-51030 |
| Touchstone Contractors Inc. | 17-51034 |
| Wild Heart L.L.C. | 17-51038 |
| YB International Co., Ltd. | 17-51040 |

---

1　The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: The Wet Seal, LLC (2741); The Wet Seal Gift Card, LLC (3286); Mador Financing, LLC (1377). The Debtors' corporate headquarters is located at 7555 Irvine Center Drive, Irvine, California 92618.

## STATUS REPORT ON OPEN ADVERSARY PROCEEDINGS ASSIGNED TO THE HONORABLE CHRISTOPHER S. SONTCHI

Pursuant to the Scheduling Order, Plaintiff files this status report in the above-referenced adversary proceedings.

Dated: Wilmington, Delaware
July 26, 2018

**A.M. SACCULLO LEGAL, LLC**

*/s/ Mary E. Augustine*
Anthony M. Saccullo (Bar No. 4141)
Mary E. Augustine (Bar No. 4477)
27 Crimson King Drive
Bear, DE 19701
(302) 836-8877
(302) 836-8787 (facsimile)
ams@saccullolegal.com
meg@saccullolegal.com

*-and-*

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Gary D. Underdahl, Esq. MN SBN 0301693
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
(651) 289-3857
(651) 406-9676 (facsimile)
gunderdahl@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
(212) 267-7342
(212) 918-3427 (facsimile)

*Special Counsel for Plaintiff, The Wet Seal, LLC*

## STATUS "A"
## SERVICE HAS NOT BEEN COMPLETED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Hangzhou Genjin Trading Co., Ltd. | 17-50999 | Defendant is a foreign entity. Plaintiff is pursuing proper service accordingly. |
| Product People International Co. | 17-51020 | Defendant is a foreign entity. Plaintiff is pursuing proper service accordingly. |
| She Century Fashion Accessories International Co. Ltd. | 17-51028 | Defendant is a foreign entity. Plaintiff is pursuing proper service accordingly. |
| YB International Co., Ltd. | 17-51040 | Defendant is a foreign entity. Plaintiff is pursuing proper service accordingly. |

* 4 Adversary Proceedings

## STATUS "C"
## SERVICE IS COMPLETE.  NO ANSWER HAS BEEN FILED.  PLAINTIFF REQUESTS DEFAULT JUDGMENT:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Grand Step (HK) Ltd. | 17-50998 | Service is complete, and no answer has been filed. Plaintiff will be filling a Request for Default Judgment. |

\* 1 Adversary Defendant

## STATUS "E"
## PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Active Knitwear Resources, Inc. | 17-50976 | Adversary Proceeding has been settled and paid. Plaintiff will file a 9019 Motion. |
| Amici Accessories, Ltd. | 17-50979 | Adversary Proceeding has been settled and paid. Plaintiff will file a 9019 Motion. |
| Berkshire Fashions, Inc. | 17-50982 | Adversary Proceeding has been settled and paid. Plaintiff will file a 9019 Motion. |
| Jayeff Construction Corp. | 17-51004 | Adversary Proceeding has been settled and paid. Plaintiff will file a 9019 Motion. |
| KPMG LLP | 17-51005 | Adversary Proceeding has been settled and paid. Plaintiff will file a 9019 Motion. |
| OMG! Handbags LLC | 17-51015 | Adversary Proceeding has been settled. Plaintiff will file a 9019 Motion upon receipt of the settlement funds. |
| Paul Alarico dba Retail Amp Design | 17-51018 | Adversary Proceeding has been settled and paid. Plaintiff will file a 9019 Motion. |
| Smart Source of California, LLC | 17-51030 | Adversary Proceeding has been settled and paid. Plaintiff will file a 9019 Motion. |
| Touchstone Contractors Inc. | 17-51034 | Adversary Proceeding has been settled and paid. Plaintiff will file a 9019 Motion. |

\*   9 Adversary Defendants

## STATUS "F"

### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| By Design L.L.C. | 17-50984 | Defendant filed a motion unsupported by counsel. Plaintiff will file a motion to strike. |
| Californian Stitch, Inc. | 17-50985 | Defendant filed a motion unsupported by counsel. Plaintiff will file a motion to strike. |

\* 2 Adversary Defendants

## STATUS "G"
## CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Mutyaar, Inc. fka Mutiyaar, Inc. | 17-51010 | Mediation has been scheduled. |
| National Distribution Centers, LLC | 17-51227 | The parties are discussing mediation dates. |
| Office Depot, Inc. | 17-51014 | The parties are discussing mediation dates. |
| Orly Shoe Corp. | 17-51017 | Mediation to be scheduled. |
| RDG Global, LLC | 17-51021 | Mediation has been scheduled. |
| SM Clothing, Inc. | 17-51029 | Mediation has been scheduled. |
| Wild Heart L.L.C. | 17-51038 | Mediation has been scheduled. |

* 7 Adversary Defendants