**Exhibit A**

**Schedule of Settlements Subject to Court Approval**

| Company Name | Adversary No. | Total Transfers | Settlement | Comment |
|---|---|---|---|---|
| Office Depot, Inc. | 17-51014 | $63,817.46 | $4,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Orly Shoe Corp | 17-51017 | $187,303.40 | $15,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| SM Clothing, Inc. | 17-51029 | $55,199.85 | $2,500.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |